FILED

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Virginia

2018 NOV 13 P 2:53

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) Case No. 1:18-sw-659 |
| | ) |
| Two Cell Phones and SIM Cards located at | ) |
| 1800 N. Kent street, Arlington VA | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Virginia_____ *(identify the person or describe the property to be searched and give its location)*:

Two Iphone cellular phones and two SIM cards contained therein, secured at the office at Diplomatic Security Service's Office of Special Investigations, 1800 N. Kent street, Arlington VA, as describerd in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B inforporated herein and included as part of the Affidavit in Support of this Application for a Search Warrant

**YOU ARE COMMANDED** to execute this warrant on or before     November 14, 2018     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Ivan D. Davis_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____

Date and time issued:     1 Nov 18 @ 0940hrs.

/s/
Ivan D. Davis
United States Magistrate Judge

City and state:     Alexandria, VA

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>1:18-sw-659 | Date and time warrant executed:<br>11/10/2018  10:08 AM | Copy of warrant and inventory left with:<br>KAREN STEDMAN |
| Inventory made in the presence of : SPECIAL AGENT JOHN DOLINA | | |

Inventory of the property taken and name of any person(s) seized:

- Apple iPhone 6S, Model A1633 with
   barcode sticker 027411
- Apple iPhone 7, Model A1660
(Details in Attachment A.)

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/13/2018

_____
Executing officer's signature

SPECIAL AGENT KENNETH JONES
Printed name and title

## ATTACHMENT A

The property to be searched are two cell phones and the SIM cards located within each, collectively, "the Devices":

    a.  An Apple iPhone 6S, Model A1633, FCC ID BCG-E2946A bearing a sticker barcode with the number 027411, hereinafter Device 1. The phone's serial number is not available without accessing the phone. The SIM card in the phone bears the following markings: 8926104261 Telma M 4G 601369250. The protective case of the phone bears a sticker with the number 034 49 352 10. The Device is currently secured at the DSS Office of Special Investigations, 1800 N. Kent Street, Arlington, Virginia.

    b.  An Apple iPhone 7, Model A1660, FCC ID BCG-E3085A, hereinafter Device 2. The phone's serial number is not available without accessing the phone. The SIM card in the phone bears the following markings: 8926104261 Telma M 4G 601369235. The Device is currently secured at the DSS Office of Special Investigations, 1800 N. Kent Street, Arlington, Virginia.

This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

All records on the Devices described in Attachment A that relate to the victim, Kevin Webb's activities, whereabouts, and communications preceding his death, including:

a. Any Device application that facilitates communication, particularly translated communication;

b. any archived information related to Mr. Webb's location as recorded by the Devices' GPS;

c. any information, such as contact information, demonstrating the nature of the relationship between Mr. Webb and the subject of investigation;

d. any Device media which, with time-stamps, correlate Mr. Webb's location and activities in the hours preceding his death; and

e. evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.